O. PENDLETON THOMAS *v.* ALICE A. THOMAS

The motion by the defendant for this court to review the action of the trial court denying her motion to correct the finding in the appeal from the Superior Court in Fairfield County is denied.

*John F. Lambert,* in support of the motion.

*Bernard S. Peck,* in opposition.

Submitted November 12—decided November 25, 1969

STATE OF CONNECTICUT *v.* GRADY COBB

The motion by the defendant for a writ of mandamus and an interim disclosure of the progress of his appeal from the Superior Court in Fairfield County is dismissed.

*Grady Cobb,* pro se, on the motion.

Submitted November 12—decided November 25, 1969